**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 29, 2024**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-23-00970-CV

---

**DREUX  LAWES, Appellant**

**V.**

**WRH PARK ROW LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1215102**

---

### MEMORANDUM  OPINION

This is an appeal from a judgment signed December 26, 2023. On August 20, 2024, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.